```
                                              FILED

 1  BENJAMIN B. WAGNER
    United States Attorney                    APR 12 2010
 2  MATTHEW C. STEGMAN
    Assistant U.S. Attorney               CLERK, U.S. DISTRICT COURT
 3  CHRISTINA M. EASTMAN                 EASTERN DISTRICT OF CALIFORNIA
    Certified Law Clerk                  BY _____
 4  501 I Street, Suite 10-100                   DEPUTY CLERK
    Sacramento, California  95814
 5  Telephone: (916) 554-2805

 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )  Mag. No. 10-15-GGH
                                 )
12                 Plaintiff,    )
                                 )  STIPULATION AND
13  v.                           )  ORDER TO CONTINUE
                                 )
14                               )  DATE:  March 24, 2010
    JARY MEJIA,                  )  TIME:  9:00 a.m.
15                 Defendant.    )  COURT: Hon. Gregory G. Hollows
                                 )
16  _____)

17

18       It is hereby stipulated and agreed by and between the parties

19  hereto, through their respective counsel, that the court trial

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

                                1
```

1  currently set for March 24, 2010, be vacated and the case set for
2  change of plea on April 20, 2010, at 2:00 p.m.
3  DATED: March 18, 2010.                BENJAMIN B. WAGNER
                                         United States Attorney
4
5
                                   By:   /s/ Matthew Stegman
6                                        MATTHEW C. STEGMAN
                                         Assistant U.S. Attorney
7
8                                        DANIEL J. BRODERICK
                                         Federal Defender
9
10 DATED: March 18, 2010.          By:   /s/ Lexi Negin for:
                                         LAUREN CUSICK
11                                       Assistant Federal Defender
                                         Attorney for Defendant
12
13
14                       [P̶R̶O̶P̶O̶S̶E̶D̶] O R D E R
15
   IT IS SO ORDERED.
16 DATED: *Oral* 12, 2010.               GREGORY G. HOLLOWS
17 (nunc pro tunc.)                      HON. GREGORY G. HOLLOWS
                                         United States Magistrate Judge
18
19
20
21
22
23
24
25
26
27
28

2